UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

NYREE MATTHEWS

        Plaintiff,

        Case No.: 24CV1604

v.

CASTLE SENIOR LIVING, INC.

        Defendant.

---

## NOTICE OF LAW FIRM CHANGE

---

TO: ALL PARTIES

TAKE NOTICE that Kate M. Goodhart and Emil Ovbiagele, counsel of record for Plaintiff, Nyree Matthews, provides this notice of change of law firm. Attorney Goodhart and Attorney Ovbiagele are now associated with the following firm:

**AXEPOINT LAW**
826 N Plankinton Avenue, Suite 600
Milwaukee, WI 53203

Dated in Milwaukee, WI on this 15th day of April, 2025.

        **AxePoint Law**
        *Attorney for Plaintiff*

        *Electronically signed by:*
        s/Kate M. Goodhart
        State Bar No. 1121648
        s/ O. Emil Ovbiagele
        State Bar No. 1089677
        826 N Plankinton Ave., Suite 600
        Milwaukee, WI 53202
        (414) 585-0588 (office)
        (414) 255-3031 (fax)
        kate@axepoint.com

1

emil@axepoint.com